LYONS & FLOOD, LLP
55 Broadway, Suite 1501
Attorneys for Defendant
MSC MEDITERRANEAN SHIPPING COMPANY, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMLIN CORPORATE INSURANCE a/s/o LOUIS DREYFUS COMMODITIES,<br><br>      Plaintiff,<br> -against-<br><br>MEDITERRANEAN SHIPPING COMPANY S.A. and PORTS AMERICA,<br><br>      Defendants. | <u>ECF CASE</u><br><br>13 Civ. 7516 (RA)<br>[rel. 13 Civ. 7514]<br><br>**<u>ANSWER TO<br>CROSS-CLAIMS</u>** |

   Defendant MSC MEDITERRANEAN SHIPPING COMPANY, S.A., incorrectly sued as MEDITERRANEAN SHIPPING COMPANY S.A., ("MSC"), by its attorneys, Lyons & Flood, LLP, answering Defendant PORTS AMERICA, INC., s/h/a PORTS AMERICA, ("Ports America") Cross-Claims, alleges as follows:

   1.  MSC incorporates by reference each and every response made in its Answer to each and every allegation made in Plaintiff's Complaint, including MSC's Affirmative Defenses.

   2.  MSC denies the allegations contained in Paragraph 29 of the Cross-Claims.

   3.  MSC denies the allegations contained in Paragraph 30 of the Cross-Claims.

   4.  MSC denies the Ports America's prayer for relief.

**WHEREFORE**, MSC prays:

   a.  that judgment be entered in favor of MSC and against Ports America, dismissing Ports America's Cross-Claim herein together with costs and disbursements of this action; and

      b.    that judgment be entered in favor of MSC for such other and further relief as the Court deems just and proper.

Dated: February 7, 2014
       New York, New York

                    LYONS & FLOOD, LLP
                    Attorneys for Defendant
                    MSC MEDITERRANEAN SHIPPING COMPANY S.A.

                    By: _____
                          Edward P. Flood
                          George N. Proios
                          55 Broadway, Suite 1501
                          New York, New York 10006
                          (212) 594-2400

TO:    ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
         Attorneys for Defendants
         PORTS AMERICA, INC. and PORT NEWARK
         CONTAINER TERMINAL, L.L.C.
         750 Third Avenue, 25th Floor
         New York, New York 10017

         Attn:   J. Patrick Geraghty, Esq.

## **CERTIFICATE OF SERVICE**

Erika Tax, an employee of Lyons & Flood, affirms on this 7th day of February 2014, that she electronically filed the foregoing with the Clerk of the Court for the Southern District of New York by using the CM/ECF system, and that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Erika Tax

U:\FLOODDOC\2549218\Legal\Answer to PA Crossclaims.doc